UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN ALLAN MILLER,

    Plaintiff,

v.                                                                        Case No. 1:16-cv-1441
                                                                       Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

      In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

        **IT IS SO ORDERED**.


Dated: March 28, 2018                            /s/ Ray Kent
                                                                   United States Magistrate Judge